1   SHARON C. COLLIER (State Bar No. 203450)
    scc@severson.com
2   SEVERSON & WERSON
    A Professional Corporation
3   One Embarcadero Center, Suite 2600
    San Francisco, California 94111
4   Telephone: (415) 398-3344
    Facsimile: (415) 956-0439
5
    Attorneys for Defendant
6   COSTCO WHOLESALE CORPORATION

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| 11  ZOILA SIERRA, an individual, | Case No. |
|---|---|
| 12         Plaintiff, | [Alameda County Superior Court Case No. RG21106297] |
| 13       vs. | **DECLARATION OF SHARON C. COLLIER IN SUPPORT OF DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. § 1441(b) [DIVERSITY]** |
| 14  COSTCO WHOLESALE CORPORATION, a Washington Corporation; EDDIE, an | |
| 15  individual; and DOES 1-25, inclusive, | |
| 16         Defendants. | |
| 17 | |
| 18 | Action Filed:      July 23, 2021<br>Trial Date:          N/A |

19          I, Sharon C. Collier, declare and state as follows:

20          1.      I am an attorney licensed to practice in the State of California and am admitted to

21   practice before the United States District Court for the Northern District of California.  I am a

22   Member of the law firm of Severson & Werson.  This firm has been retained to represent

23   COSTCO WHOLESALE CORPORATION ("Costco"), which has been named as a defendant in a

24   civil matter venued in Alameda County Superior Court of California as Case No. RG21106297.

25          2.      I make this Declaration in support of Defendant Costco Wholesale Corporation's

26   Notice of Removal to Federal Court Pursuant to 28 U.S.C. section 1441(b) [diversity].  I have

27   personal knowledge of the matters set forth in this Declaration, and if called upon to do so, I could

28   and would testify competently to same.

75005.0073/16071575.1

DECLARATION OF SHARON C. COLLIER IN SUPPORT OF DEFENDANT COSTCO WHOLESALE
CORPORATION'S NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. § 1441(b)
[DIVERSITY]

1    3.    Plaintiff ZOILA SIERRA ("Plaintiff") filed a Complaint for compensatory

2  damages on July 23, 2021 in Alameda County Superior Court.  I understand the Complaint was

3  served on Costco's Registered Agent on February 3, 2022.  A true and correct copy of the

4  Summons and Complaint served on Costco is attached to the Request for Judicial Notice served

5  herewith as **Exhibit A**.

6    4.    Plaintiff served Defendant with a Statement of Damages on February 3, 2022.  The

7  Statement indicates that the damages claimed exceed $75,000. A true and correct copy of this

8  Statement is attached to the Request for Judicial Notice served herewith as **Exhibit B.**

9    5.    Costco is contemporaneously filing an Answer to the Complaint in Case No.

10  RG21106297 of the Alameda County Superior Court. A true and correct copy of the Answer is

11  attached to the Request for Judicial Notice served herewith as **Exhibit C.**

12    6.    Costco is the only named defendant to be served in this matter to date.  I am not

13  aware of Plaintiff effectuating service on the fictitiously named defendant, "Eddie," or any other

14  "Doe" defendants.

15    7.    Costco Wholesale is a corporation formed and organized under the laws of the

16  State of Washington. A true and correct copy of the Amended Statement of Designation by a

17  Foreign Corporation evidencing Costco's citizenship in the State of Washington is attached to the

18  Request for Judicial Notice served herewith as **Exhibit D**.

19    8.    Defendant Costco's principal place of business is 999 Lake Drive, Issaquah,

20  Washington 98027.  A true and correct copy of the Statement of Information filed by Costco on

21  June 27, 2019 with the California Secretary of State is attached to the Request for Judicial Notice

22  served herewith as **Exhibit E**. This document evidences that Costco maintains its headquarters

23  and principal place of business in the State of Washington

24    9.    Plaintiff alleges she is a resident of the State of California in her Complaint.

25    10.    Costco has been put on notice that Plaintiff allegedly sustained injuries to her

26  person in the accident at issue, as alleged in the operative Complaint.

27  / / /

28  / / /

DECLARATION OF SHARON C. COLLIER IN SUPPORT OF DEFENDANT COSTCO WHOLESALE
CORPORATION'S NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. § 1441(b)
[DIVERSITY]

1    11.    Based on the allegations in the Complaint and the information disclosed in

2  Plaintiff's Statement of Damages, I believe the amount in controversy exceeds the jurisdictional

3  minimum of this Court.

4    12.    Costco's Notice to Adverse Parties of Notice of Removal is being

5  contemporaneously filed in Case No. RG21106297 of the Alameda County Superior Court.

6    I declare under penalty of perjury under the laws of the United States of America that the

7  foregoing is true and correct.  This Declaration was executed on March 7, 2022, in Danville,

8  California.

9

10

11  Sharon C. Collier

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF SHARON C. COLLIER IN SUPPORT OF DEFENDANT COSTCO WHOLESALE
CORPORATION'S NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. § 1441(b)
[DIVERSITY]