SHARON C. COLLIER (State Bar No. 203450)
scc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOILA SIERRA, an individual,<br><br>                     Plaintiff,<br><br>          vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; EDDIE, an individual; and DOES 1-25, inclusive,<br><br>                     Defendants. | Case No.<br><br>[Alameda County Superior Court Case No. RG21106297]<br><br>**DEFENDANT COSTCO WHOLESALE CORPORATION'S REQUEST FOR JUDICIAL NOTICE [FRE 201]**<br><br>Action Filed:     July 23, 2021<br>Trial Date:        N/A |

**PLEASE TAKE NOTICE** that in support of its Notice of Removal, pursuant to the Federal Rules of Evidence rule 201, Defendant COSTCO WHOLESALE CORPORATION ("Costco") requests this Court take judicial notice of the following:

1.     A true and correct copy of Plaintiff ZOILA SIERRA's ("Plaintiff") Summons and Complaint filed on July 23, 2021, in the Alameda County Superior Court, Case No. RG21106297, and served on Costco on February 3, 2022,  is attached to this Request for Judicial Notice as **Exhibit A**.

2.     Plaintiff is a resident of Alameda County, California, as alleged in the operative Complaint.

3.     A true and correct copy of Plaintiff's Statement of Damages served by Plaintiff on February 3, 2022 is attached to this Request for Judicial Notice as **Exhibit B**.

4.      A true and correct copy of Costco's Answer contemporaneously filed in Case No. RG21106297 of the Alameda County Superior Court is attached to this Request for Judicial Notice as **Exhibit C**.

5.      Costco is a corporation formed and organized under the laws of the State of Washington, as evidenced by the Amended Statement of Designation by a Foreign Corporation, a true and correct copy of which is attached to this Request for Judicial Notice as **Exhibit D**, and which is found on the California Secretary of State Website.

6.      Costco Wholesale Corporation's principal place of business is located at 999 Lake Drive, Issaquah, Washington 98027, as evidenced by the Statement of Information filed by Costco on June 27, 2019 with the California Secretary of State, a copy of which is attached to this Request for Judicial Notice as **Exhibit E**, and which is found on the California Secretary of State Website.

A.      **LEGAL AUTHORITY FOR TAKING JUDICIAL NOTICE OF THIS MATERIAL**

This Court may take judicial notice at any stage of the proceeding.  Fed R. Evid. 201(d). Paragraph (b)(2) of Rule 201 states in part that "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it:  … can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Exhibits A, B, C, D, and E are public records maintained by the State of California and readily accessible through the California Secretary of state website, and the Alameda County Superior Court Online Docket. The aforementioned facts are maintained by reliable sources and cannot reasonably be questioned.

In light of the foregoing, Costco requests this Court take judicial notice of the following facts: (1) Plaintiff filed a Complaint with the San Mateo County Superior Court against Costco March 22, 2021 alleging causes of action for negligence and premises liability;  (2) Plaintiff is a resident of the State of California; (3) Plaintiff served Costco with the Complaint and Statement of Damages on February 3, 2022;  (4) Costco contemporaneously filed an Answer to Plaintiffs' Complaint in Case No. RG21106297 of the Alameda County Superior Court, with this Notice of Removal and supporting documents, generally denying Plaintiffs' claims and asserting various

1    affirmative defenses; (5) Costco is a corporation duly incorporated in the State of Washington; and

2    (6) Costco's principal place of business is located in the State of Washington.

3    **B.    CONCLUSION**

4         For all of the aforementioned reasons, Defendant Costco respectfully requests that this

5    Court take judicial notice of the records and facts set forth above.

6    DATED:  March 7, 2022                    SEVERSON & WERSON
                                              A Professional Corporation
7

8                                            By:  _____
                                                      SHARON C. COLLIER
9

10                                           Attorneys for Defendant COSTCO WHOLESALE
                                             CORPORATION
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# EXHIBIT A

 **CT Corporation**

**Service of Process Transmittal**
02/03/2022
CT Log Number 540997524

**TO:**     Laura Aznavoorian, Litigation Supervisor
Gallagher Bassett Services, Inc.
1901 S. Meyers Rd, Suite 200C
Oakbrook Terrace, IL 60181

**RE:**     **Process Served in California**

**FOR:**    Costco Wholesale Corporation  (Domestic State: WA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: ZOILA SIERRA, an individual // To: Costco Wholesale Corporation |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # RG21106297 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, GLENDALE, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/03/2022 at 01:57 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/03/2022, Expected Purge Date: 02/18/2022 |
| | Image SOP |
| | Email Notification,  Laura Aznavoorian  laura_aznavoorian@gbtpa.com |
| | Email Notification,  Zois Johnston  zjohnston@costco.com |
| | Email Notification,  Maureen Papier  maureen_papier@gbtpa.com |
| **REGISTERED AGENT ADDRESS:** | Amanda Garcia<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203<br>866-665-5799<br>SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                    Thu, Feb 3, 2022

**Server Name:**             Ramiro Saucedo

| Entity Served | COSTCO WHOLESALE CORPORATION |
|---|---|
| Case Number | RG21106297 |
| Jurisdiction | CA |



**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED
FILED
ALAMEDA COUNTY

JUL 2 3 2021

CLERK OF THE SUPERIOR COURT
By
AMRIT KHAN

**NOTICE TO DEFENDANT:** COSTCO WHOLESALE CORPORATION, a
**(AVISO AL DEMANDADO):** Washington Corporation; EDDIE, an individual; and
DOES 1-25, inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:** ZOILA SIERRA, an individual.
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

**¡AVISO!** Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| | |
|---|---|
| The name and address of the court is:<br>(El nombre y dirección de la corte es:)<br>Superior Court of California, County of Alameda<br>1225 Fallon Street<br>Oakland, California 94612 | CASE NUMBER:<br>(Número del Caso)<br>RG 2 1 1 0 6 2 8 7 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es:)

DOWNTOWN LA LAW GROUP
601 N. Vermont Ave., Los Angeles, CA 90004   Zavosh Rashidi, Esq.   (213) 389-3765

| DATE:<br>(Fecha) JUL 23 2021 | Clerk, by<br>(Secretario) Chad Finke | AMRIT KHAN | , Deputy<br>(Adjunto) |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☑ on behalf of (specify): Costco Wholesale Corporation, a Washington Corporation

   under: ☑ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)

   ☐ other (specify):
4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
Westlaw Doc & Form Builder



**Zavosh Rashidi, Esq. - State Bar No. 328399**
**DOWNTOWN L.A. LAW GROUP**
601 N. Vermont Ave.
Los Angeles, CA  90004
Tel: (213) 389-3765
Fax: (877) 389-2775
Email: Zavosh@downtownlalaw.com

Attorneys for Plaintiff
ZOILA SIERRA

ENDORSED
FILED
ALAMEDA COUNTY

JUL 2 3 2021

CLERK OF THE SUPERIOR COURT
᛫ AMRIT KHAN

SUPERIOR COURT OF CALIFORNIA

COUNTY OF ALAMEDA

| | |
|---|---|
| ZOILA SIERRA, an individual. | Case No.: **RG21106297** |
| Plaintiff, | **COMPLAINT FOR DAMAGES** |
| v. | 1. NEGLIGENCE<br>2. PREMISES LIABILITY |
| COSTCO WHOLESALE CORPORATION, a Washington Corporation; EDDIE, an individual; and DOES 1-25, inclusive. | [JURY DEMANDED] |
| Defendants. | |

COMES NOW, Plaintiff, ZOILA SIERRA, and alleges against Defendants, and each of them, as follows:

1.      Plaintiff ZOILA SIERRA is an individual and is now, and at all times mentioned in this complaint was, an adult resident of Alameda County, California.

2.      Plaintiff is informed and believes, and based upon such information and belief alleges that at all times relevant hereto Defendants COSTCO WHOLESALE CORPORATION, a Washington Corporation; EDDIE, an individual; and DOES 1-25, inclusive, are, and at all times herein mentioned were individuals, corporations, sole proprietors, shareholders,

1
**COMPLAINT FOR DAMAGES**

1   associations, partners and partnerships, joint venturers, and/or business entities unknown,

2   primarily residing and doing business in the county of Alameda, State of California.

3      3.      Plaintiff is informed and believes, and based upon such information alleges that

4   Defendant EDDIE was a supervisor and/or manager of the store at the time of Plaintiff's slip

5   and fall.  Based on information and belief, EDDIE is now, and at all times mentioned in this

6   complaint was, an adult resident of Alameda County, California. It is believed that EDDIE

7   was responsible for the maintenance of the store at the time of Plaintiff's slip and fall, was

8   responsible to verify that there was in place a policy which provided for the maintenance of

9   the store according to industry standards, was responsible for the training and education of

10  the store employees who were tasked with conducting the maintenance of the store, and was

11  responsible for verifying that the store be maintained according to industry standards and

12  sufficient policies and procedures.

13     4.      Defendants DOES 1-25, inclusive, are sued herein under fictitious names, their true

14  names and capacities being unknown to Plaintiff.  Plaintiff will amend this complaint to

15  allege their true names and capacities when ascertained.  Plaintiff is informed and believes

16  and thereon alleges that each of the fictitiously named Defendants is responsible in some

17  manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were

18  proximately caused by those Defendants.

19

20     5.      Plaintiff is informed and believes, and based upon such information and belief alleges

21  that at all times relevant hereto Defendants COSTCO WHOLESALE CORPORATION, a

22  Washington Corporation; EDDIE, an individual; and DOES 1-25, inclusive, are, and at all

23  times herein mentioned where individuals, corporations, sole proprietors, shareholders,

24  associations, partners and partnerships, joint venturers, and/or business entities unknown,

25  primarily residing and doing business in the County of Alameda, State of California.  At all

26  times herein mentioned, said Defendants were the owners, lessors, sub-lessors, managing

27  agents, landlords, renters, managers, operators, marketers, inspectors, maintainers and

28  controllers, of a commercial property located at 22330 Hathaway Ave. Hayward Ca 94541,

Downtown L.A. Law Group
601 N.Vermont Ave.
Los Angeles, CA 90004

**2**

Downtown L.A. Law Group
601 N.Vermont Ave.
Los Angeles, CA 90004

1  (hereinafter referred to as "THE SUBJECT PREMISES"), to which building the general

2  public is invited to come.

3  6.      At all times herein mentioned, each of the Defendants were the agents, servants, and

4  employees of their co-defendants, and in doing the things hereinafter alleged were acting in

5  the scope of their authority as agents, servants, and employees, and with permission and

6  consent of their co-defendants.  Plaintiff is further informed and believes, and thereon

7  alleges, that each of the Defendants herein gave consent to, ratified, and authorized the acts

8  alleged herein to each of the remaining Defendants.

9  ### FIRST CAUSE OF ACTION

10  ### NEGLIGENCE

11  ### (Against All Defendants)

12  7.      Plaintiff re-alleges each and every allegation contained in the above Paragraphs 1

13  through 6, and by this reference incorporates said paragraphs as though fully set forth herein.

14  8.      On July 23, 2019 Plaintiff was lawfully on the premises of Defendants' store for the

15  purpose of purchasing miscellaneous items. Plaintiff was walking within the subject premises

16  when, suddenly and without warning, Plaintiff slipped on water and/or similar substance on

17  the floor and fell violently to the floor, causing Plaintiff to sustain the serious injuries and

18  damages described below.

19  9.      Said Defendants, and each of them, fully and well knew, or should have known in the

20  exercise of reasonable care, that the structures and/or components and/or other parts of said

21  building were in a dangerous and defective and unsafe condition, and a menace to Plaintiff

22  and others lawfully on said premises.

23  10.      By reason of the aforesaid negligence, carelessness and recklessness of Defendants,

24  and each of them, as aforesaid, and as a direct and proximate result thereof, a dangerously

25  dirty and/or wet floor that was not properly installed, maintained, cleaned and/or protected at

26  said property causing Plaintiff to sustain the injuries and damages as hereinafter alleged.

27

28

**COMPLAINT FOR DAMAGES**

11.     As a direct and proximate result of the negligence, carelessness and recklessness of Defendants, and each of them, as aforesaid, Plaintiff was hurt in her health, strength and activity, sustaining severe shock and injuries to her person, all of which said injuries have caused, continue to cause, and will in the future cause Plaintiff great physical and emotional pain and suffering; Plaintiff is informed and believes, and therefore alleges, that said injuries are permanent in nature, all to her damage in a sum according to proof.

12.     As a direct and proximate result of the negligence, carelessness and recklessness of Defendants and each of them, as aforesaid, Plaintiff has been required to obtain medical services, and Plaintiff has suffered severe emotional distress.

## SECOND CAUSE OF ACTION

### PREMISES LIABILITY

### (Against All Defendants)

13.     Plaintiff re-alleges each and every allegation contained in the above Paragraphs 1 through 12, and by this reference incorporates said paragraphs as though fully set forth herein.

14.     On July 23, 2019 Plaintiff was lawfully on the premises of Defendants' store for the purpose of purchasing miscellaneous items. Plaintiff was walking within the subject premises when, suddenly and without warning, Plaintiff slipped on water and/or similar substance on the floor and fell violently to the floor, causing Plaintiff to sustain the serious injuries and damages described below.

15.     On or about July 23, 2019, Defendants COSTCO WHOLESALE CORPORATION, a Washington Corporation; EDDIE, an individual; and DOES 1-25, inclusive, carelessly and negligently owned, rented, managed, leased, supervised, inspected, operated, maintained and/or controlled the premises located at or near 22330 Hathaway Ave. Hayward Ca 94541, such that it was in a dangerous, defective and unsafe condition in conscious disregard for the risk of harm to invitees thereon. By reason of said carelessness, negligence and conscious

Downtown L.A. Law Group
601 N.Vermont Ave.
Los Angeles, CA 90004

1  disregard of the Defendants, and each of them, said premises were unsafe and dangerous to

2  the general public and specifically Plaintiff, ZOILA SIERRA.

3  16.    Defendants COSTCO WHOLESALE CORPORATION, a Washington Corporation;

4  EDDIE, an individual; and DOES 1-25, inclusive, and each of them, failed to warn Plaintiff

5  of said dangerous, defective and unsafe condition, although said Defendants, and each of

6  them, knew of said condition.

7  17.    As a direct and legal result of said carelessness, negligence and conscious disregard

8  of Defendants COSTCO WHOLESALE CORPORATION, a Washington Corporation;

9  EDDIE, an individual; and DOES 1-25, inclusive, and each of them, Plaintiff was seriously

10  injured when she slipped and fell on a dangerously dirty and/or wet floor that was not

11  properly installed, maintained, cleaned and/or protected at said property causing Plaintiff to

12  sustain the injuries and damages as hereinafter alleged.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

1.    For general damages in a sum according to proof;

2.    For medical, hospital, and related expenses according to proof;

3.    For loss of earnings according to proof;

4.    For loss of future earning capacity according to proof;

5.    For costs of suit herein incurred;

6.    For such other and further relief as this Court may deem proper.

DATED:  July 23, 2021                    **DOWNTOWN L.A. LAW GROUP**

BY: Zavosh Rashidi, Esq.
Attorney for Plaintiff,
ZOILA SIERRA

///

Downtown L.A. Law Group
601 N.Vermont Ave.
Los Angeles, CA 90004

5

1

## DEMAND FOR JURY TRIAL

2          Plaintiff demands trial by jury of all issues so triable.

3

4    DATED:  July 23, 2021                          **DOWNTOWN L.A. LAW GROUP**

5

6

7                                                   BY: Zavosh Rashidi, Esq.
                                                    Attorney for Plaintiff,
8                                                   ZOILA SIERRA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Downtown L.A. Law Group
601 N.Vermont Ave.
Los Angeles, CA  90004

6

**COMPLAINT FOR DAMAGES**

**CM-010**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Zavosh Rashidi, Esq.          SBN: 328399<br>DOWNTOWN LA LAW GROUP<br>601 N. Vermont Ave., Los Angeles, CA 90004<br>TELEPHONE NO.:(213) 389-3765        FAX NO.:(877) 389-2775<br>ATTORNEY FOR *(Name)*:ZOILA SIERRA | FOR COURT USE ONLY<br><br>FILED<br>ALAMEDA COUNTY<br><br>JUL 26 2021<br><br>CLERK OF THE SUPERIOR COURT<br>By PREETI KHAN |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA<br>STREET ADDRESS: 1225 Fallon Street<br>MAILING ADDRESS: 1225 Fallon Street<br>CITY AND ZIP CODE: Oakland, CA 94612<br>BRANCH NAME: Rene C. Davidson Alameda County Courthouse |
| CASE NAME: ZOILA SIERRA vs. COSTCO WHOLESALE CORPORATION, et. al. |

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: RG21106297 |
|---|---|---|---|
| [X] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>*(Cal. Rules of Court, rule 3.402)* | JUDGE:<br><br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| **Auto Tort** | **Contract** | **Provisionally Complex Civil Litigation**<br>*(Cal. Rules of Court, rules 3.400–3.403)* |
|---|---|---|
| [ ] Auto (22)<br>[ ] Uninsured motorist (46)<br>**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**<br>[ ] Asbestos (04)<br>[ ] Product liability (24)<br>[ ] Medical malpractice (45)<br>[X] Other PI/PD/WD (23)<br>**Non-PI/PD/WD (Other) Tort**<br>[ ] Business tort/unfair business practice (07)<br>[ ] Civil rights (08)<br>[ ] Defamation (13)<br>[ ] Fraud (16)<br>[ ] Intellectual property (19)<br>[ ] Professional negligence (25)<br>[ ] Other non-PI/PD/WD tort (35)<br>**Employment**<br>[ ] Wrongful termination (36)<br>[ ] Other employment (15) | [ ] Breach of contract/warranty (06)<br>[ ] Rule 3.740 collections (09)<br>[ ] Other collections (09)<br>[ ] Insurance coverage (18)<br>[ ] Other contract (37)<br>**Real Property**<br>[ ] Eminent domain/Inverse condemnation (14)<br>[ ] Wrongful eviction (33)<br>[ ] Other real property (26)<br>**Unlawful Detainer**<br>[ ] Commercial (31)<br>[ ] Residential (32)<br>[ ] Drugs (38)<br>**Judicial Review**<br>[ ] Asset forfeiture (05)<br>[ ] Petition re: arbitration award (11)<br>[ ] Writ of mandate (02)<br>[ ] Other judicial review (39) | [ ] Antitrust/Trade regulation (03)<br>[ ] Construction defect (10)<br>[ ] Mass tort (40)<br>[ ] Securities litigation (28)<br>[ ] Environmental/Toxic tort (30)<br>[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)<br>**Enforcement of Judgment**<br>[ ] Enforcement of judgment (20)<br>**Miscellaneous Civil Complaint**<br>[ ] RICO (27)<br>[ ] Other complaint *(not specified above)* (42)<br>**Miscellaneous Civil Petition**<br>[ ] Partnership and corporate governance (21)<br>[ ] Other petition *(not specified above)* (43) |

2. This case [ ] is   [X] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a.[X] monetary   b.[ ] nonmonetary; declaratory or injunctive relief   c.[ ] punitive
4. Number of causes of action *(specify)*:Two
5. This case [ ] is   [X] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date:7/23/21

Zavosh Rashidi, Esq.
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov<br>Westlaw Doc & Form Builder |

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**    CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
Auto (22)—Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) (*if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto*)

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability (*not asbestos or toxic/environmental*) (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) (*not civil harassment*) (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice (*not medical or legal*)
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract (*not unlawful detainer or wrongful eviction*)
  Contract/Warranty Breach–Seller Plaintiff (*not fraud or negligence*)
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage (*not provisionally complex*) (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property (*not eminent domain, landlord/tenant, or foreclosure*)

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (*if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential*)

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims (*arising from provisionally complex case type listed above*) (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment (*non-domestic relations*)
  Sister State Judgment
  Administrative Agency Award (*not unpaid taxes*)
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (*not specified above*) (42)
  Declaratory Relief Only
  Injunctive Relief Only (*non-harassment*)
  Mechanics Lien
  Other Commercial Complaint Case (non-tort/non-complex)
  Other Civil Complaint (non-tort/non-complex)

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition (*not specified above*) (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition



**Superior Court of California**
*County of Alameda*

Superior Court of California, County of Alameda          Receipt Nbr: 806981
Hayward Hall of Justice                                  Clerk: akhan
24405 Amador Street                                      Date: 07/23/2021
Hayward, CA  94544

| Type | Case Number | Description | Amount |
|------|-------------|-------------|--------|
| Filing | RG21106297 | Complaint - Other PI/PD/WD Tort | -$435.00 |

```
        Total Amount Due:      $435.00
        Prior Payment:
        Current Payment:       $435.00
        Balance Due:             $.00
        Overage:
        Excess Fee:
        Change:

Payment Method:
        Cash:
        Check:                 $435.00
```

# EXHIBIT B

# EXHIBIT B

1  Daniel Azizi, Esq., SBN 268995
2  Zavosh Rashidi, Esq., SBN 328399
   **DOWNTOWN L.A. LAW GROUP**
3  601 N Vermont Ave
   Los Angeles, CA 90004
4  Tel.: (213) 389-3765
   Fax: (877) 389-2775
5  Email: Zavosh@downtownlalaw.com

6
   Attorneys for Plaintiff
7  ZOILA SIERRA

8              **SUPERIOR COURT OF CALIFORNIA**

9                  **COUNTY OF ALAMEDA**

10 ZOILA SIERRA, an individual.          Case No.: RG21106297

11              Plaintiff,              **STATEMENT OF DAMAGES**

12         v.

13 COSTCO WHOLESALE CORPORATION, a
   Washington Corporation; EDDIE, an
14 individual; and DOES 1-25, inclusive.

15
              Defendants.
16

17
       Plaintiff, ZOILA SIERRA, hereby provides to Defendants the following Statement of
18
   Damages:
19
   1.  General Damages:        In excess of          $1,000,000.00
20
   2.  Special Damages:        In excess of          $1,000,000.00
21
       Plaintiff reserves the right to amend this Statement of Damages at a later time, as
22
   Discovery develops.
23
   DATED: January 31, 2022          **DOWNTOWN L.A. LAW GROUP**
24

25

26                                    _____
                                      Daniel Azizi, Esq.
27                                    Zavosh Rashidi, Esq.
                                      **Attorneys for Plaintiff,**
28                                    ZOILA SIERRA

*(Left margin vertical text: Downtown L.A. Law Group / 601 N. Vermont Ave. / Los Angeles, CA 90004)*

1

# EXHIBIT C

# EXHIBIT C

1  SHARON C. COLLIER (State Bar No. 203450)
   scc@severson.com
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
4  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
5
   Attorneys for Defendant
6  COSTCO WHOLESALE CORPORATION

7

8                 SUPERIOR COURT OF CALIFORNIA

9       COUNTY OF ALAMEDA — RENE C. DAVIDSON COURTHOUSE

10 | ZOILA SIERRA, an individual,           | Case No. RG21106297

11 |              Plaintiff,                 | **COSTCO WHOLESALE**
                                            | **CORPORATION'S ANSWER TO**
12 |        vs.                             | **UNVERIFIED COMPLAINT**

13 | COSTCO WHOLESALE CORPORATION, a        | Action Filed:      July 23, 2021
     Washington Corporation; EDDIE, an
14 | individual; and DOES 1-25, inclusive,

15 |              Defendants.

16

17        COMES NOW, Defendant Costco Wholesale Corporation, and, in answer to the unverified

18 Complaint of Plaintiff Zoila Sierra, denies each and every, all and singular, generally and

19 specifically, the allegations therein contained and further denies that said Plaintiff has been

20 damaged in any sum, or sums, if any at all.

21                    **FIRST AFFIRMATIVE DEFENSE**

22                  (***Failure to State a Cause of Action***)

23        The Complaint, and each cause of action thereof, fails to set forth facts sufficient to

24 constitute a cause of action against this answering Defendant.

25                   **SECOND AFFIRMATIVE DEFENSE**

26                      (***Comparative Fault***)

27        Defendant alleges that Plaintiff was careless and negligent in and about the matter alleged

28 in her Complaint and that said carelessness and negligence on said Plaintiff's own part

75005.0073/16051086.1                    1
COSTCO WHOLESALE CORPORATION'S ANSWER TO UNVERIFIED COMPLAINT

proximately contributed to the happening of the accident, to the injuries, losses and damages complained of, if any there were.

### THIRD AFFIRMATIVE DEFENSE

#### (*Fault of Others*)

While at all times denying any liability and responsibility whatsoever to Plaintiff herein, Defendant contends that the alleged liability or responsibility is small in proportion to the alleged liability and responsibility of other persons and entities, including other persons and entities who may or may not be defendants herein, and that Plaintiff should be limited to seeking recovery from these defendants for the proportion of alleged injuries and damages for which these defendants are allegedly liable or responsible, all such alleged liability and responsibility being expressly denied.

### FOURTH AFFIRMATIVE DEFENSE

#### (*Assumption of the Risk*)

Plaintiff is barred from asserting any claim against Defendant by reason of Plaintiff's assumption of the risk of the matters causing the injuries and damages incurred, if any.

### FIFTH AFFIRMATIVE DEFENSE

#### (*Failure to Use Reasonable Diligence*)

Defendant is informed and believes and thereon alleges that Plaintiff's injuries, losses or damages, if any, were aggravated by Plaintiff's and/or other defendants' failure to use reasonable diligence.

### SIXTH AFFIRMATIVE DEFENSE

#### (*Doctrine of Laches*)

Defendant alleges that the Plaintiff's claims are barred by the equitable doctrine of laches.

### SEVENTH AFFIRMATIVE DEFENSE

#### (*Waiver / Estoppel*)

Plaintiff has waived and is estopped from asserting any claim against this Defendant by reason of plaintiff's approval and consent to the risk in the matters causing the damages alleged, if any, in her acknowledgment of, acquiescence in and consent to the alleged act or omissions, if any, of this Defendant.

## EIGHTH AFFIRMATIVE DEFENSE

### (*Failure to Mitigate Damages*)

Defendant alleges that Plaintiff's injuries, losses and damages suffered, if any, which are expressly denied, were caused by Plaintiff's failure to take reasonable steps to mitigate such damages; to the extent that such injuries, losses or damages were caused by Plaintiff's failure to take reasonable steps to mitigate such damages, that such are not recoverable against this answering Defendant.

## EIGHTH AFFIRMATIVE DEFENSE

### (*Civil Code §1431.2 Apportionment*)

The liability of this answering Defendant, if any, for Plaintiff's economic loss should be prorated pursuant to the provisions of California Civil Code section 1431.2.

WHEREFORE, Defendant prays for judgment as follows:

1.     That judgment be entered into the within action in favor of Defendant and against Plaintiff upon the issues of the Complaint;

2.     That the Complaint herein be dismissed in its entirety;

3.     For costs of suit; and

4.     For such other and further relief as the court may deem just and proper.

DATED:  March 7, 2022                         SEVERSON & WERSON
                                              A Professional Corporation


                                              By:  _____
                                                       SHARON C. COLLIER

                                              Attorneys for Defendant COSTCO WHOLESALE
                                              CORPORATION

1

## PROOF OF SERVICE

2

**Zoila Sierra v. Costco Wholesale Corp.,**
**Alameda County Superior Court Case No.:  RG21106297**

3

4    At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of San Francisco, State of California.  My business address is One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

5

    On March 7, 2022, I served true copies of the following document(s):

6

7    **COSTCO WHOLESALE CORPORATION'S ANSWER TO UNVERIFIED COMPLAINT**

8    on the interested parties in this action as follows:

9    Zavosh Rashidi, Esq.                    *Attorney for Plaintiff Zoila Sierra*
     Downtown L.A. Law Group
10   601 N. Vermont Avenue
     Los Angeles, CA 90004

11

12   Tele:   (213) 389-3765
     Fax:    (877) 389-2775

13   E-mail:Zavosh@downtownlalaw.com

14

15    **BY ELECTRONIC SERVICE:**  I electronically filed the document(s) with the Clerk of the Court by using the First Legal system.  Participants in the case who are registered users will be served by the First Legal system.  Participants in the case who are not registered users will be served by mail or by other means permitted by the court rules.

16

17    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

18

    Executed on March 7, 2022, at San Francisco, California.

19

20

                                        /s/ Katrina D. Adkins
21                                      _____
                                        Katrina D. Adkins

22

23

24

25

26

27

28

COSTCO WHOLESALE CORPORATION'S ANSWER TO UNVERIFIED COMPLAINT

# EXHIBIT D

# EXHIBIT D

A344517

1587907 m

NCTO:

DO NOT WRITE IN THIS SPACE

**FILED**
In the office of the Secretary of State
of the State of California

**JAN 22 1988**

March Fong Eu
MARCH FONG EU, Secretary of State

AMENDED
STATEMENT AND DESIGNATION
BY
FOREIGN CORPORATION

COSTCO WHOLESALE CORPORATION
_____, a corporation

organized and existing under the laws of Washington_____,
and which is presently qualified for the transaction of intrastate business in the
State of California, makes the following statements and/or designation:

That the name of the corporation has been changed to that hereinabove set forth

and that the name relinquished at the time of such change was _____

CWC Corporation which will do business in California as Washington

Wholesalers Inc.

COSTCO WHOLESALE CORPORATION
(Name of Corporation)

_____
(Signature of corporate officer)

Corporate
Michael D. Anderton, Secretary
(Typed name and title of officer signing)

INSTRUCTIONS:

1. If this Amended Statement shows a change of corporate name, there must be
   attached to this Amended Statement a certificate of an authorized public official
   of the state or place of incorporation, that such change of name was made in
   accordance with the laws of that state or place.

2. For filing this Amended Statement there is a fee of $15.00.

(CALIF. - 1320 - 3/27/87)



## STATE of WASHINGTON    SECRETARY of STATE

**I, Ralph Munro,** Secretary of State of the State of Washington and custodian of its seal,
hereby certify that according to the records on file in my office
Articles of Merger between CWC CORPORATION, a Washington corporation,
and COSTCO WHOLESALE CORPORATION, a Delaware corporation, whereby
CWC CORPORATION is the surviving corporation under the name
COSTCO WHOLESALE CORPORATION were received and filed in this
office September 1, 1987.

Date:    September 1, 1987
Given under my hand and the seal of the State
of Washington, at Olympia, the State Capitol.

Ralph Munro, Secretary of State

SSF 6-A

# EXHIBIT E

# EXHIBIT E



## State of California
## Secretary of State

### Statement of Information
(Foreign Corporation)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**F**

**G752821**

**FILED**

In the office of the Secretary of State
of the State of California

**JUN-27 2019**

| 1. CORPORATE NAME |
|---|
| COSTCO WHOLESALE CORPORATION |

| 2. CALIFORNIA CORPORATE NUMBER | C1587907 | This Space for Filing Use Only |
|---|---|---|

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 13.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>999 LAKE DRIVE, ISSAQUAH, WA 98027 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY<br>4649 MORENA BOULEVARD, SAN DIEGO, CA 92117 | | | |
| 6. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4<br>LICENSING   P.O. BOX 35005, SEATTLE, WA 98124 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/          ADDRESS<br>WALTER C. JELINEK    999 LAKE DRIVE, ISSAQUAH, WA 98027 | | | |
| 8. SECRETARY                         ADDRESS<br>JOHN C. SULLIVAN    999 LAKE DRIVE, ISSAQUAH, WA 98027 | | | |
| 9. CHIEF FINANCIAL OFFICER/          ADDRESS<br>RICHARD A. GALANTI   999 LAKE DRIVE, ISSAQUAH, WA 98027 | | | |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

| 10. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| C T CORPORATION SYSTEM |

| 11. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|

**Type of Business**

| 12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|
| WHOLESALE/RETAIL MBRSHP WAREHS |

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 06/27/2019 | GAIL E. TSUBOI | AVP/ASST. SECRETARY | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-350 (REV 01/2013)                                          APPROVED BY SECRETARY OF STATE