UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOILA SIERRA,<br><br>        Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>        Defendant. | Case No. 22-cv-01444-SI<br><br>**ORDER RE: CASE SCHEDULE**<br><br>Re: Dkt. No. 63 |

On December 15, 2023 the Court received a joint meditation statement from the parties with a request regarding the trial schedule within. Dkt. No. 63. The parties indicate they have agreed to a mediator who is not available until after May 2024 and request an extension of the mediation deadline through July 2024. They also request an extension of the trial date to March 3, 2025. The Court extends the mediation deadline through June 2024. The parties may mediate before the agreed upon mediator or select someone else. The Court finds no need to extend the trial date, which remains set for November 4, 2024.

**IT IS SO ORDERED**.

Dated: December 15, 2023

_____
SUSAN ILLSTON
United States District Judge