UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZOILA SIERRA,

          Plaintiff,

    v.

COSTCO WHOLESALE CORPORATION,

          Defendant.

Case No. 22-cv-01444-SI

**ORDER RE: PAID SANCTIONS**

At the case management conference on December 15, 2023, plaintiff's attorney Ilan N. Rosen Janfaza inquired about sanctions issued prior to case reassignment.

On March 27, 2023 the Court ordered plaintiff and defendant to show cause why the Court should not impose monetary sanctions in the amount of $250 for failures to comply with deadlines and court orders.  Dkt. No. 33.  The parties were ordered to respond by April 10, 2023.  *Id.*  Mr. Janfaza did not respond, and the Court then imposed sanctions in the amount of $250.  Dkt. No. 38. On April 21, 2023, Mr. Janfaza filed a response to the order to show cause.  Dkt. No. 39.  On April 25, 2023, the Court indicated that it found Mr. Janfaza's responses inadequate and denied Mr. Janfaza's request to vacate the imposed sanctions.  Dkt. No. 40.  On May 2, 2023, Mr. Janfaza filed a declaration in response and requested the Court reconsider and waive the sanctions.  Dkt. No. 41. On May 5, 2023, Mr. Janfaza paid sanctions in the amount of $250.

While the Court appreciates Mr. Janfaza's apology in his May 2, 2023 declaration, the Court does not find it appropriate to reconsider sanctions issued by a different Judge prior to case reassignment.  The Court will take no further action on this matter.

**IT IS SO ORDERED**.

Dated: December 15, 2023

_____
SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California