UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOILA SIERRA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　　Defendant. | Case No. 22-cv-01444-SI<br><br>**ORDER RE: MAY 17, 2024 STATUS CONFERENCE** |

On May 17, 2024, the parties appeared before the Court for a status conference. As discussed during the conference, the Court hereby rules and orders the following:

1. Counsel are ordered to file a joint statement by **May 24, 2024** notifying the Court of an agreed upon mediator and the date on which the mediation will take place.

2. The Court's order on Costco's motions to dismiss at Dkt. No. 76, page 6, line 23 is amended to extend the fact discovery cut-off to **July 26, 2024** for both parties.

3. If further discovery disputes arise, the parties may submit discovery disputes to the Court and most comply with this Court's Standing Order when doing so.

4. Costco is granted 15 days to respond to plaintiff's discovery requests. Objections are not waived for Costco.

5. The hearing and further briefing on Costco's third motion to dismiss under Rule 37 at Dkt. No. 74 is vacated. Plaintiff is ordered to ensure initial disclosures are made in compliance with Rule 26.

**IT IS SO ORDERED**.

Dated: May 17, 2024

_____
SUSAN ILLSTON
United States District Judge